**Fill in this information to identify the case:**

Debtor 1: Shawn D Everline

Debtor 2 (Spouse, if filing): Jennifer A Everline

United States Bankruptcy Court for the: Northern District of WV

Case number: 3:12-bk-00297

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 5 9 6

**Property address:** 4 Willis Drive
Number     Street

Shepherdstown WV 25443
City        State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 01 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                           (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.                                       (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

---

Form 4100R                        **Response to Notice of Final Cure Payment**                        page 1

Debtor 1  Shawn L Everline
         First Name  Middle Name  Last Name                            Case number (*if known*) 3:12-bk-00297

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◾ all payments received;
- ◾ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◾ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Michelle Ghidotti-Gonsalves
    Signature                                          Date 10 / 19 / 2018

Print  Michelle Ghidotti-Gonsalves                     Title  Authorized Agent
       First Name  Middle Name  Last Name

Company  The Law Offices of Michelle Ghidotti

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1920 Old Tustin Ave.
         Number          Street

         Santa Ana                CA              92705
         City                     State           ZIP Code

Contact phone ( 949 ) 427 – 2010                       Email mghidotti@ghidottilaw.com

1  Kristin Zilberstein, Esq. (SBN 200041)
2  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
   LAW OFFICES OF MICHELLE GHIDOTTI
3  1920 Old Tustin Ave
   Santa Ana, CA 92705
4  Ph: (949) 427-2010
   Fax: (949) 427-2732
5  kzilberstein@ghidottilaw.com
6
7  Authorized Agent for Creditor
   US Bank National Association as Trustee of the Igloo Series III Trust
8
                    UNITED STATES BANKRUPTCY COURT
9
       NORTHERN DISTRICT OF WEST VIRGINIA – MARTINSBURG DIVISION
10

11 | In Re:                                    ) CASE NO.: 3:12-bk-00297
                                               )
12 | Shawn L Everline and Jennifer A Everline, ) CHAPTER 13
                                               )
13 |            Debtors.                       ) **CERTIFICATE OF SERVICE**
14                                             )
                                               )
15                                             )
                                               )
16                                             )
                                               )
17                                             )
                                               )
18                                             )
19

20                         **CERTIFICATE OF SERVICE**

21
       I am employed in the County of Orange, State of California. I am over the age of
22
23 eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave,

24 Santa Ana, CA 92705.

25     I am readily familiar with the business's practice for collection and processing of
26
   correspondence for mailing with the United States Postal Service; such correspondence would
27
28 be deposited with the United States Postal Service the same day of deposit in the ordinary

   course of business.

---
                                            1
                                 CERTIFICATE OF SERVICE

On October 19, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Shawn L Everline<br>4 Willis Drive<br>Shepherdstown, WV 25443<br><br>**Joint Debtor**<br>Jennifer A. Everline<br>4 Willis Drive<br>Shepherdstown, WV 25443<br><br>**Debtor's Counsel**<br>James Paul Campbell<br>Campbell Flannery, P.C.<br>One Village Plaza<br>1602 Village Market Boulevard<br>Suite 220<br>Leesburg, VA 20175 | **Chapter 13 Trustee**<br>Helen M. Morris<br>P.O. Box 8535<br>South Charleston, WV 25303<br><br>**Chapter 13 Trustee Counsel**<br>Susan Cannon-Ryan<br>Office of the Chapter 13 Trustee<br>PO Box 8535<br>South Charleston, WV 25303<br><br>**US Trustee**<br>United States Trustee<br>2025 United States Courthouse<br>300 Virginia Street East<br>Charleston, WV 25301 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on October 19, 2018 at Santa Ana, California

/*s / Krystle Miller*/
Krystle Miller

2
CERTIFICATE OF SERVICE