UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:

SHAWN L. EVERLINE
JENNIFER A. EVERLINE,                    Case No. 12-00297
                                          Chapter 13
    Debtor.

**MOTION TO REOPEN**

COME NOW Debtors, Shawn L. Everline and Jennifer A. Everline, ("Debtors"), and respectfully request that this Court enter an Order reopening the above-captioned matter pursuant to 11 USC Section 350(b) and in support thereof states as follows:

1. Debtors filed a Chapter 13 Voluntary Petition on April 30, 2009.

2. At the time of the filing the Debtors owned real property located at 4 Willis Drive, Shepherdstown, WV which was secured by a First and Second Deed of Trust held by Suntrust Mortgage.[1]

3. The mortgage claim by Suntrust was transferred three times during the bankruptcy proceeding. Suntrust transferred its claim to Federal National Mortgage Association on October 25, 2013; Federal National Mortgage Association transferred its claim to Fay Servicing, Inc. on December 6, 2016; and Fay Servicing transferred its claim to US Bank Trust National Association c/o BSI Financial Services on September 25, 2017. BSI currently holds the Debtors' mortgage.

---

[1] The Second Deed of Trust was deemed wholly unsecured by Default Judgment Order entered by the Court on March 4, 2013.

4.    The Trustee filed a Notice of Final Cure Payment [Doc 100] on September 28, 2018. BSI filed a Response [Doc 101] on October 19, 2018 indicating the Debtors were current on pre-petition and post-petition payments.

5.    On November 5, 2018 the Trustee filed Report of Completion of Plan and a discharge order was entered on November 14, 2018.

6.    Unfortunately, BSI has refused to accept monthly mortgage payments from the Debtors claiming that a post-petition arrearage exists. This is inconsistent with the documents filed in the Debtors' bankruptcy proceeding.

7.    Rule 11 USC Section 350(b) of the Bankruptcy Code states that "a case may be reopened in the court in which such case was closed…to afford relief to the Debtor…"

8.    Debtors respectively request that the Court grant their Motion to Reopen to afford them the opportunity to file a separate Motion to bring BSI before the Court to be sanctioned for refusing to comply with the terms and conditions of the Debtors' fully performed Plan.

WHEREFORE Debtors, Shawn L. Everline and Jennifer A. Everline, respectfully request that this Honorable Court enter an Order reopening their Chapter 13 proceeding; and such further relief as this Court deems appropriate.

                                         **SHAWN L. EVERLINE**
                                         **JENNIFER A. EVERLINE**
                                         **By Counsel**

/s/ James P. Campbell
James P. Campbell, Esquire (VSB #25097)
*Campbell Flannery, P.C.*
1602 Village Market Boulevard, Suite 225
Leesburg, Virginia  20175
(703) 771-8344/Telephone
(703) 777-1485/Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that service of a true copy of the foregoing has been made as follows:

| | |
|---|---|
| Type of Service: | Electronic Mail via the United States Bankruptcy Court to all parties requesting notice and First-Class, U.S. Mail to the parties listed below |
| Date of Service: | July 16, 2019 |
| Persons served and address: | Chapter 13 Trustee<br>Helen M. Morris<br>P. O. Box 8535<br>South Charleston WV 25303<br><br>Chapter 13 Trustee Counsel<br>Susan Cannon-Ryan<br>P. O. Box 8535<br>South Charleston WV 25303<br><br>United States Trustee<br>2025 United States Courthouse<br>300 Virginia Street East<br>Charleston WV 25301<br><br>Kristin A. Zilberstein, Esq.<br>Law Offices of Michelle Ghidotti<br>5120 E La Palma Avenue, Suite 206<br>Anaheim CA 92807 |
| Item Served: | Motion to Reopen |

/s/ James P. Campbell
James P. Campbell

3